IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KENNETH O.B. NEWTON                                             PLAINTIFF

v.                              Case No. 1:24-cv-1056

CODY A. WILSON                                                  DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 46. Judge Singleton recommends that Defendant's Motion for Summary Judgment (ECF No. 27) be granted and that Plaintiff's Complaint (ECF No. 1) be dismissed with prejudice. Plaintiff has not responded, and the time to do so has elapsed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 46) in toto. Accordingly, Defendant's Motion for Summary Judgment (ECF No. 27) is **GRANTED**. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of February, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge